**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2264**

JAMES SPIVEY, JR.,

    Plaintiff – Appellant,

        v.

TIMCO AVIATION SERVICES,

    Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:14-cv-00625-NCT-LPA)

Submitted:  January 14, 2016        Decided:  January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Spivey, Jr., Appellant Pro Se. Elizabeth Castle Taylor, LAW OFFICES OF ELIZABETH C. TAYLOR, Burlington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Spivey, Jr., appeals the district court's order dismissing his employment discrimination complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Spivey's informal brief does not challenge the basis for the district court's disposition, Spivey has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED